# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUNTAE TAYLOR, | Case No. 1:25-cv-01359-JLT-BAM (PC) |
| Plaintiff, | ORDER DIRECTING PLAINTIFF TO PAY FILING FEE IN FULL TO PROCEED WITH THIS ACTION |
| v. | |
| BHAVSAR, *et al.*, | (ECF No. 11) |
| Defendants. | **TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff Shauntae Taylor ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. On November 14, 2025, the Court denied Plaintiff's application to proceed *in forma pauperis* and ordered Plaintiff to pay the $405.00 filing fee in full to proceed with this action within twenty-one (21) days. (ECF No. 11.) On December 2, 2025, Plaintiff appealed the Court's order, and the appeal was processed to the United States Court of Appeals for the Ninth Circuit. (ECF Nos. 12, 13.)

On March 27, 2026, the Ninth Circuit dismissed Plaintiff's appeal. (ECF No. 15.) The Ninth Circuit's order became the mandate of the court on April 17, 2026. (*See id.*)

Accordingly, within **twenty-one (21) days** following the date of service of this order, Plaintiff shall pay the $405.00 filing fee in full to proceed with this action. If Plaintiff fails to pay the filing fee within the specified time, then this action will be dismissed without further notice.

IT IS SO ORDERED.

Dated:   **April 21, 2026**                    /s/ *Barbara A. McAuliffe*
                                                        UNITED STATES MAGISTRATE JUDGE

1