**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHAUNTAE TAYLOR,<br><br>            Plaintiff,<br><br>      v.<br><br>BHAVSAR, *et al.*,<br><br>            Defendants. | No. 1:25-cv-01359-JLT-BAM (PC)<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE AND FAILURE TO OBEY COURT ORDER<br><br>(Doc. 11) |

Plaintiff Shauntae Taylor is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. On November 14, 2025, the Court denied Taylor's application to proceed in forma pauperis and ordered Taylor to pay the $405.00 filing fee in full to proceed with this action within twenty-one (21) days. (Doc. 11.) On December 2, 2025, Taylor appealed the Court's order, and the appeal was processed to the United States Court of Appeals for the Ninth Circuit. (Docs. 12, 13.) On March 27, 2026, the Ninth Circuit dismissed Taylor's appeal. (Doc. 15.) The Ninth Circuit's order became the mandate of the court on April 17, 2026. (*See id.*)

On April 21, 2026, following the effective date of the Ninth Circuit's mandate, the Court ordered Taylor to pay the $405.00 filing fee in full to proceed with this action within 21 days. (Doc. 16.) The Court warned Taylor that failure to pay the required fee would result in dismissal without further notice. (*Id.*) Taylor has not paid the filing fee, and the deadline for him to do so has expired.

Because Taylor has failed to obey the court's order to pay the appropriate filing fee, this case cannot proceed. This matter will be dismissed. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1260–61. (9th Cir. 1992).

Thus, the Court **ORDERS**:

1. This action is **DISMISSED,** without prejudice, for plaintiff's failure to comply with the court's order and his failure to pay the filing fee; and

2. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **May 26, 2026**

UNITED STATES DISTRICT JUDGE

2